DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

CHRISTIE v. POWELL

No. 16 PC.

Case below: 15 N.C. App. 508.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 September 1972.


ELECTRICAL WORKERS UNION v. COUNTRY CLUB EAST

No. 182 PC.

Case below: 14 N.C. App. 744.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1972.


FAGGART v. FAGGART

No. 176 PC.

Case below: 15 N.C. App. 214.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


GAY v. SUPPLY CO.

No. 158 PC.

Case below: 15 N.C. App. 240.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


GOARD v. BRANSCOM

No. 159 PC.

Case below: 15 N.C. App. 34.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.